**Order entered December 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01128-CV

**THE BOARD OF ADJUSTMENT
OF THE CITY OF UNIVERSITY PARK, TEXAS, Appellant**

**V.**

**LEGACY HILLCREST INVESTMENTS, LP, Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-15353**

## ORDER

We **GRANT** appellant's December 23, 2013 unopposed third motion for an extension of time to file a brief. Appellant shall file its brief on or before January 22, 2014. We caution appellant that no further extension will be granted absent extraordinary circumstances.

/s/     ADA BROWN
JUSTICE